IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| MARY LOU ATKINS | CASE NO. 11-02711-EE |
| FIRST HERITAGE CREDIT OF MISSISSIPPI, LLC | PLAINTIFF |
| vs. | ADVERSARY PROCEEDING NO. 11-00120-EE |
| MARY LOU ATKINS | DEFENDANT |

CORPORATE OWNERSHIP STATEMENT
PURSUANT TO RULE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for *First Heritage Credit of Mississippi, LLC* in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's (s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None *[Check if applicable]*

DATED, this the __28th__ day of __September__, 2011.

_____
EILEEN N. SHAFFER
Its Attorney

EILEEN N. SHAFFER, MSB NO. 1687
Attorney for First Heritage Credit
401 East Capitol Street, Suite 316
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
enslaw@bellsouth.net